UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Ruben Perfecto, et al.

          Plaintiff,

v.          Case No.: 1:17–cv–02202
          Honorable Rebecca R. Pallmeyer

Washington Square Management LLC, et al.

          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2018:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 2/8/2018. Joint motion to approve settlement and dismiss case [28] is granted. Case is dismissed with each party to bear its own costs and attorneys' fees, without prejudice to automatically convert to a dismissal with prejudice on June 15, 2018, unless any party files any motion to reinstate before June 15, 2018. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.